ELLEN ROACH, as Administratrix, etc., Respondent, *v.* THE FORT ORANGE PAPER COMPANY, Appellant.

(Argued March 8, 1884; decided March 18, 1884.)

*Samuel Hand* for appellant.

*J. B. O'Malley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WINIFRED COOPER, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 10, 1884; decided March 18, 1884.)

*William C. De Witt* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur, except EARL and FINCH, JJ., dissenting, and RAPALLO, J., not voting.
Judgment affirmed.